UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-25

vs.

NEAD WALKER,                          District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 33); (2) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT ONE OF THE INDICTMENT; AND (3) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33), recommending that the Court accept Defendant's guilty plea. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court **ACCEPTS** Defendant's plea of guilty as charged in Count One of the Indictment, attempted possession with intent to distribute 40 grams or more of a mixture and substances containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 84l(a)(l), 84l (b)(l)(B), and 846. The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

    <u>October 28, 2024</u>                                        s/*Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge